IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LUIS TORRES | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 16-2441 |
| NANCY BERRYHILL[1] | : | |

# **O R D E R**

**AND NOW**, this 23rd day of August, 2019, upon consideration of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge (ECF No. 20), and Plaintiff Luis Torres's Objections thereto (ECF No. 21), it is **ORDERED** as follows:

1. Plaintiff's Objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**;

3. The final decision of the Commissioner denying disability benefits to Plaintiff is **AFFIRMED** and Plaintiff's Request for Review is **DENIED**; and

4. The Clerk of Court shall mark this case **CLOSED** for statistical purposes.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**

---

[1] On January 23, 2017, Carolyn W. Colvin was succeeded by Nancy A. Berryhill as the Acting Commissioner of the Social Security Administration.